# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

August 28, 2009

Rec# 6454
8/28/09
$.81

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

      RE:    KOTCH, MICHELE D
      BK No.: 07-22927

Dear Clerk:

      Under FRBP 3010, enclosed please find a Trustee's check in the amount of $0.81, belonging to the estate of the above-named Debtors, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|---|---|---|---|---|
| 8 | Law office of Thomas Reed<br>319 W. Water Street<br>Elmira, NY 14901-2914 | $36.00 | 03/13/08 | $0.81 |

Sincerely,

Madeline M. Stolt
Paralegal
Encl.



FILED
AUG 28 2009
BANKRUPTCY COURT
ROCHESTER, NY

1600 Crossroads Building    585 232 3730
Two State Street    FAX 585 232 3882    CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP